UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIN GAO,

            *Plaintiff*,

— against —

ABC CORP., JIAN SONG SHI, JIAN LING LIN, and YIFUDI LIN,

            *Defendants*.

18-CV-2708 (ARR) (LB)

NOT FOR PRINT OR ELECTRONIC PUBLICATION

OPINION & ORDER

ROSS, United States District Judge:

    I have received the Report and Recommendation, dated April 30, 2021, from the Honorable Lois Bloom, United States Magistrate Judge, regarding plaintiff's motion for default judgment.

    I must review "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). But where no proper objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH) (LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). No objections have been filed and, having reviewed the record, I find no clear error. I therefore adopt Judge Bloom's Report and Recommendation in its entirety as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted. Plaintiff is awarded $1,056,020.39 in total damages, including: $383,317.20 in unpaid overtime compensation; $16,345.25 in unpaid spread of hours pay; $399,662.45 in liquidated damages; $5,000 in wage notice damages; $217,598.40 (plus an additional $98.55 for each day between the date of Judge Bloom's Report and Recommendation and the entry of final judgment) in prejudgment interest; $31,377.50 in attorney's fees; and $2,719.59 in costs. Plaintiff is also awarded post-judgment interest at the rate set forth under 28 U.S.C. § 1961.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:     May 15, 2021
           Brooklyn, New York